FRANK M. SWACKER, Appellant, *v.* HUGH F. O'DONNELL, Respondent.

Argued March 5, 1952; decided April 17, 1952.

*Samuel M. Lane* and *Claus Motulsky* for appellant.

*William Francis Corson* and *Daniel F. Cohalan, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.